**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. _____

PAMASA S.A.,

     Plaintiff,

v.

BANCO SANTANDER INTERNATIONAL,

     Defendant,

_____/

### COMPLAINT

Plaintiff Pamasa S.A. ("Pamasa") sues Defendant Banco Santander International ("Santander") and alleges as follows:

### Parties, Jurisdiction, and Venue

1. Pamasa is a *sociedad anonima* (the equivalent of a United States corporation) incorporated in Guatemala, with its principal place of business in Guatemala City, Guatemala. Pamasa is a citizen of Guatemala for diversity purposes.

2. Santander is an Edge Act banking corporation organized in the United States under Section 25A of the Federal Reserve Act, with its principal place of business in Miami, Florida. Santander is a citizen of Florida for diversity purposes.

3. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds $75,000, exclusive of interest and costs, and the parties are diverse.

1

4.      The Court has personal jurisdiction over Santander because it operates, conducts, engages in, or carries on a business or business venture in Florida and has an office or agency in Florida, and this lawsuit arose out of those acts. Further, Santander agreed to litigate any dispute between the parties in Miami-Dade County, Florida. Santander's due process rights are not offended by this Court's exercising of personal jurisdiction over it.

5.      Venue is proper in this district under 28 U.S.C § 1391(b) because this is the judicial district in which Santander resides and a substantial part of the property that is the subject of the action is situated in this district.

**General Allegations**

6.      Pamasa has a bank account at Santander which holds over $8,000,000.  The account is subject to an account agreement and corresponding terms and conditions (the "Account Agreement").

7.      Barbara Mansilla Ortiz is the sole administrator and legal representative of Pamasa and is authorized to act for Pamasa.  Barbara's sister, Valerie Mansilla Ortiz, is the general manager and legal representative, and she is also authorized to act for Pamasa.

8.      Santander has frozen Pamasa's account claiming that Valerie and Barbara's brother, Francisco Mansilla Ortiz, claims an interest in the account that allegedly conflicts with Pamasa's interest in the account.

9.      As a result of the freeze, Pamasa does not have access to the account.  Among other things, Pamasa cannot withdraw funds from the account or otherwise transact business from the account.

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

10. Pamasa has provided to Santander multiple court decisions from Guatemala and corporate resolutions evidencing that Barbara and Valerie, not Francisco, are authorized to act for Pamasa, including authorized to withdraw funds from the account.

11. Pamasa has demanded that Santander lift the freeze and provide Pamasa access to the account. However, Santander refuses, claiming that it is exposed to liability because of the alleged conflicting interest in the account.

12. Santander has violated the Account Agreement by refusing to provide Pamasa access to the account.

13. All conditions precedent to the filing of this action have occurred or have been waived, satisfied, or excused.

14. Pamasa has retained the undersigned to bring this action and has agreed to pay reasonable attorneys' fees and costs incurred in connection with pursuing this action.

### Count I: Breach of Contract

15. Pamasa re-alleges and incorporates paragraphs 1 through 14.

16. Pamasa and Santander are parties to the Account Agreement.

17. Pursuant to the Account Agreement, Pamasa is entitled to access its account at Santander and is entitled to, among other things, withdraw funds from the account. Santander is obligated to provide Pamasa access to the account and to release funds to Pamasa upon request.

18. Santander has breached the Account Agreement by refusing to provide Pamasa access to the account.

19. Pamasa has been damaged by the breach.

WHEREFORE, Pamasa requests judgment in its favor and against Santander for the amount in the account. Alternatively, Pamasa requests specific performance in the form of a

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

judgment requiring Santander to unfreeze the account and release the funds in the account to Pamasa. Pamasa also requests prejudgment interest, post-judgment interest, costs, attorneys' fees, and any other relief the Court deems just and proper.

### Count II: Declaratory Judgment – 28 U.S.C. § 2201

20.     Pamasa re-alleges and incorporates paragraphs 1 through 14.

21.     The Court has jurisdiction over this dispute.

22.     Pamasa is an interested party seeking a declaration that it is entitled to full control of the account through its lawful representatives.

23.     There is a bona fide dispute and actual controversy between the parties as to whether Pamasa is entitled to full control over the account through its lawful representatives, as Santander has denied Pamasa such control over the account.

WHEREFORE, Pamasa requests that the Court enter a declaratory judgment in its favor finding that it is entitled to full control over the account through its lawful representatives. Pamasa also requests costs, attorneys' fees, and any other relief the Court deems just and proper.

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

August 27, 2025

Respectfully submitted:

Homer Bonner Jacobs Ortiz, P.A.
Attorneys for Pamasa S.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By:   /s/ José A. Ortiz
 ⠀⠀⠀José A. Ortiz, Esq.
 ⠀⠀⠀Email: jortiz@homerbonner.com
 ⠀⠀⠀Florida Bar No. 182321
 ⠀⠀⠀Charles Brumby
 ⠀⠀⠀Email: cbrumby@homerbonner.com
 ⠀⠀⠀Florida Bar No. 0084054
 ⠀⠀⠀Anthony M. Diblasi, Esq.
 ⠀⠀⠀Email: adiblasi@homerbonner.com
 ⠀⠀⠀Florida Bar No.: 117681
 ⠀⠀⠀Sabrina M. Serber Esq.
 ⠀⠀⠀Email: sserber@homerbonner.com
 ⠀⠀⠀Florida Bar No. 1058312

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com